Steven L. SWANSON, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 04–3328.

United States Court of Appeals,
Federal Circuit.

Sept. 2, 2004.

Steven L. Swanson, Hernando, FL, pro se.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.